UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

IN THE MATTER OF:
Alan G Brandon                                              CASE NO. 19-81616-CRJ-13
Debra L Brandon
                                                            CHAPTER 13
SSN XXX-XX-1097  SSN XXX-XX-0095
                         DEBTORS

**TRUSTEE'S MOTION TO DISMISS**

COMES NOW, Michele T. Hatcher, the Trustee in the above styled case, and states:

1) The Debtors filed for relief under Chapter 13 of the U.S. Bankruptcy Code on May 28, 2019 with the first plan payment due June 27, 2019. The Debtors failed to continue plan payments and are currently in default $768 through October 2019.

2) The Debtors' Plan does not propose to pay the unsecured creditors the amount necessary pursuant to the current Means Test. Plan payments must increase to $1,248 per month beginning October 2019 to pay the means test pool resulting from Line 45 of the Official Form 122C-2 and fixed payments adjusted accordingly.

3) The Debtors failed to disclose the sale of a business on the Statement of Financial Affairs, specifically the sale of a radio station in 2018.

WHEREFORE, the Trustee moves that the subject case be dismissed.
Done this 29th day of October, 2019.

/s/ Michele T. Hatcher
Michele T. Hatcher, Trustee
P.O. Box 2388
Decatur, AL  35602-2388
256-350-0442

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of October, 2019, I have served a copy of the foregoing on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4 of the Court's Administrative Procedures.

Alan G Brandon
Debra L Brandon
42 Maple Street
Defuniak Springs, FL  32435

BOND BOTES SYKSTUS TANNER & EZZELL
ATTORNEYS AT LAW
225 PRATT AVE
HUNTSVILLE, AL  35801

/s/ Michele T. Hatcher
Michele T. Hatcher, Trustee